# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SPENCER TRASK,<br><br>Defendant. | Case No. 2:16-cr-147-LRH-PAL<br><br>ORDER VACATING THE HEARING FOR REVOCATION OF SUPERVISED RELEASE [ECF 24] AND DISMISSING THE PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION [ECF 9] |

## ORDER

IT IS HEREBY ORDERED, based upon the stipulation of the parties and the record in this case and for good cause shown, that the Revocation Hearing scheduled by the Minute Order at ECF 24 for Thursday, January 24, 2019 at 9:30 a.m. is vacated.

IT IS FURTHER ORDERED that the Petition for Warrant for Offender Under Supervision at ECF 9 is dismissed without prejudice.

IT IS SO ORDERED this January 14th, 2019:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE